■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK CROSS, Appellant. [898 NYS2d 878]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 2, 1998 (*People v Cross*, 248 AD2d 398 [1998]), affirming a judgment of the Supreme Court, Kings County, rendered May 16, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.